AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| Ian Tucker <br><br> *Plaintiff* <br> v. <br> Credit Protection Association, L.P. aka Credit Protection Association I, Inc., Anne E. Levine, et al <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 6:11-cv-62 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Credit Protection Association, L.P.
c/o C T CORPORATION SYSTEM
350 N. ST. PAUL ST. STE. 2900
DALLAS, TX 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Dennis R. Kurz
Weisberg & Meyers, LLC
5025 N. Central Ave. #602
Phoenix, AZ 85012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT William G. Putnicki

Date: 03/15/2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:11-cv-62

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CREDIT PROTECTION ASSOCIATION LP
was received by me on *(date)* 5/26/11.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* MEGAN NICHOLS, who is designated by law to accept service of process on behalf of *(name of organization)* CT CORP on *(date)* 5/26/11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 5/27/11

Server's signature  SCH 4783

JACOB CAMBRON - PROCESS SERVER
Printed name and title

13731 FLAGSTONE LN, DALLAS, TX 75240
Server's address

Additional information regarding attempted service, etc:

[Print]   [Save As...]                                [Reset]