AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| Ian Tucker </br></br> *Plaintiff* </br></br> v. </br></br> Credit Protection Association, L.P. aka Credit Protection Association I, Inc., Anne E. Levine, et al </br></br> *Defendant* | ) </br> ) </br> ) </br> ) Civil Action No. 6:11-cv-62 </br> ) </br> ) </br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NATHAN A. LEVINE
13355 NOEL ROAD, SUITE 2100
DALLAS, TX 75240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dennis R. Kurz
Weisberg & Meyers, LLC
5025 N. Central Ave. #602
Phoenix, AZ 85012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT William G. Putnicki

Date: 03/15/2011

*Emily Huis*

*Signature of Clerk or Deputy Clerk*



# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of TEXAS** | **County of WACO DIVISION** | **District Court** |

Case Number: 6:11-CV-62

Plaintiff:
**IAN TUCKER**

vs.

Defendant:
**CREDIT PROTECTION ASSOCIATION, L.P AKA CREDIT PROTECTION ASSOCIATION I, INC ANN E. LEVINE, NATHAN A. LEVINE AND DOUGLAS K. BRIDGES**

For:
Jason Carson
PRONTO PROCESS AUSTIN
19019 Double Canyon Dr
Jonestown, TX 78645

Received by Pronto Process - Dallas on the 26th day of May, 2011 at 1:20 pm to be served on **NATHAN A. LEVINE, 6204 GEORGIAN CT, DALLAS, TX 75254**.

I, AUSTIN WELLS SCH 2680, being duly sworn, depose and say that on the **29th day of June, 2011** at **8:00 pm**, I:

Personally served theSummons and Complaint to, NATHAN A. LEVINE at 6204 GEORGIAN CT, DALLAS, TX 75254 on 6/29/2011 at 8:00 pm

I am a private process server authorized by the Supreme Court of Texas. I am over the age of twenty-one, not a party to nor interested in the outcome of this lawsuit. I am capable of making this Affidavit, and fully competent to testify to the matters stated herein. I have personal knowledge of each of the matters stated herein and the statements made in this Affidavit are true and correct.

Subscribed and Sworn to before me on the 1st day of July, 2011 by the affiant who is personally known to me.

NOTARY PUBLIC

JACOB CAMBRON
MY COMMISSION EXPIRES
AUGUST 12, 2013

AUSTIN WELLS SCH 2680
Process Server

**Pronto Process - Dallas**
**13731 Flagstone Lane**
**Dallas, TX 75240**
**(214) 498-5245**

Our Job Serial Number: PDL-2011000469

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4g