IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| IAN TUCKER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| CREDIT PROTECTION, § | |
| ASSOCIATION, L.P. AKA § | CASE NO. 6:11-cv-00062-WSS |
| CREDIT PROTECTION § | |
| ASSOCIATION I, INC., § | |
| ANN E. LEVINE, § | |
| NATHAN A. LEVINE AND § | |
| DOUGLAS K. BRIDGES, § | |
| § | |
| Defendants. § | |

**DEFENDANT, CREDIT PROTECTION ASSOCIATION, LP'S
CERTIFICATE OF FINANCIALLY INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, CREDIT PROTECTION ASSOCIATION, LP, and hereby files this Certificate of Financially Interested Parties.  The following are individuals and companies known to have a direct financial interest in the outcome of this litigation.

    Ian Tucker
        *Plaintiff*

    Credit Protection Association, LP
    13355 Noel Rd.
    Dallas, TX 75240
        *Defendant*

There are no other persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in this litigation other than the above named parties.

        Respectfully submitted,

        BUSH & RAMIREZ, LLC

        //s// Keith Wier
        Keith Wier; SBN: 21436100
        Fed. I.D. 7930
        24 Greenway Plaza, Suite 1700
        Houston, TX 77046
        Telephone: (713) 626-1555
        Facsimile: (713) 622-8077

        **ATTORNEY FOR DEFENDANT,**
        **CREDIT PROTECTION ASSOCIATION, LP**

### CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Dennis Kurz
WEISBERG & MEYERS, LLC
Two Allen Center
1200 Smith St., 16th Floor
Houston, TX 77002

        //s// Keith Wier
        Keith Wier