IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IAN TUCKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| CREDIT PROTECTION, | § | |
| ASSOCIATION, L.P. AKA | § | CASE NO. 6:11-cv-00062-WSS |
| CREDIT PROTECTION | § | |
| ASSOCIATION I, INC., | § | |
| ANN E. LEVINE, | § | |
| NATHAN A. LEVINE AND | § | |
| DOUGLAS K. BRIDGES, | § | |
| | § | |
| Defendants. | § | |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW, Credit Protection Association, LP, the Defendant herein, by and through its undersigned counsel, to file this Corporate Disclosure Statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and would respectfully show the Court as follows:

**I.    IS THERE A PARENT CORPORATION:**

No.

**II.   IS THERE ANY PUBLICLY HELD CORPORATION OWNING 10% OR MORE OF STOCK:**

No.

        Respectfully submitted,

        BUSH & RAMIREZ, LLC

        //s// Keith Wier
        Keith Wier; SBN: 21436100
        Fed. I.D. 7930
        24 Greenway Plaza, Suite 1700
        Houston, TX 77046
        Telephone: (713) 626-1555
        Facsimile: (713) 622-8077

        **ATTORNEY FOR DEFENDANT,**
        **CREDIT PROTECTION ASSOCIATION, LP**

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Dennis Kurz
WEISBERG & MEYERS, LLC
Two Allen Center
1200 Smith St., 16th Floor
Houston, TX 77002

        //s// Keith Wier
        Keith Wier

G:\06320\9460\Tucker\Pleadings\Corporate Disclosure Statement.doc